UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00167-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  JUSTIN WALKER,

   Defendant.

**ORDER**

THIS MATTER is before the Court on the Government's Motion for Reduction of Sentence Pursuant to Rule 35 and §5K1.1, filed November 15, 2011 [ECF No 46]. In the motion, the Government contends that since the time of Defendant's sentencing he has provided substantial assistance to the Government that will likely lead to the prosecution of at least one additional individual. Defendant was sentenced to 32 months imprisonment on November 16, 2010. Based on Defendant's substantial assistance, the Government requests that this sentenced be reduced to a sentence of time served. Because this motion came before me less than one year following Defendant's sentencing, it is properly considered under Fed. R. Crim. P. 35(b)(1), which provides that upon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigation or prosecuting another person.

Upon review of the motion and the file in this matter, I find that the motion should be and hereby is **GRANTED**, and Defendant's sentence is hereby reduced to a sentence of **TIME SERVED** *nunc pro tunc* to November 16, 2010, with all other provisions of Defendant's original federal sentence remaining intact.

Dated: November 22, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge